# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 86 EAL 2020

       Respondent                    :

                                        :    Petition for Allowance of Appeal

           v.                         :    from the Order of the Superior Court

PEDRO COLON,                     :

         Petitioner                   :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 87 EAL 2020

       Respondent                    :

                                          :    Petition for Allowance of Appeal

           v.                         :    from the Order of the Superior Court

PEDRO COLON,                     :

         Petitioner                   :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 88 EAL 2020

       Respondent                    :

                                          :    Petition for Allowance of Appeal

           v.                         :    from the Order of the Superior Court

PEDRO COLON,                     :

         Petitioner                   :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 89 EAL 2020

       Respondent                    :

                                          :    Petition for Allowance of Appeal

           v.                         :    from the Order of the Superior Court

PEDRO COLON,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 90 EAL 2020

     Respondent

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court
     v.

PEDRO COLON,

     Petitioner

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.

  Justice Wecht did not participate in the decision or consideration of these matters.